PROB 12C
(7/93)

# United States District Court
## for
## District of New Jersey
## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Wayne Benson  Cr.: 02-00864-001

Name of Sentencing Judicial Officer: Honorable Dickinson R. Debevoise

Date of Original Sentence: 07/24/03

Original Offense: Unlawful Possession of a Firearm

Original Sentence: 71 months imprisonment; 3 years supervised release; Special Assessment: $100; Special Conditions: drug testing/treatment and financial disclosure.

Type of Supervision: Supervised Release  Date Supervision Commenced: 06/15/07

Assistant U.S. Attorney: Brian Howe  Defense Attorney: Scott Thompson, Esq.

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**'<br><br>On December 14, 2007, Benson was arrested by the Essex County Sheriff's Office - Bureau of Narcotics and charged with count one, possession of a controlled dangerous substance; count two, possession of a controlled dangerous substance with intent to distribute; count three, possession of a controlled dangerous substance with intent to distribute in a school zone; and count four, possession of a controlled dangerous substance with intent to distribute within 500 feet of a public housing facility. He was released on bail and the case is pending disposition within New Jersey Superior Court, Essex County. |
| 2 | The offender has violated the supervision condition which states ' **You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.**'<br><br>Benson failed to report as directed to the Probation Office on October 12, 2007 and October 17, 2007. He failed to submit a monthly written report for October 2007 and November 2007 within the allotted time period. |

3      The offender has violated the supervision condition which states ' **You shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons.**'

Despite numerous referrals, since August 2007, Benson has failed to secure gainful employment or enroll in vocational training / schooling.

4      The offender has violated the supervision condition which states ' **You shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer.**'

Benson failed to notify the undersigned Probation Officer about the arrest detailed in Violation #1 within the allotted time period.

I declare under penalty of perjury that the foregoing is true and correct.

By: Joseph Empirio
U.S. Probation Officer

Date: 01/04/08

THE COURT ORDERS:

[X] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _____
[ ] No Action
[ ] Other

Signature of Judicial Officer

January 4, 2008
Date